UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bryant Loving,                                        Civil No. 09-1403 (PAM/AJB)

                Petitioner,

v.                                               **ORDER**

B.R. Jett,
Warden, FMC-Rochester,

                Respondents.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Arthur J. Boylan dated August 12, 2009. In the R&R, Magistrate Judge Boylan recommended that Petitioner's Petition for Writ of Habeas Corpus be dismissed. Petitioner has failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 12).

Accordingly, **IT IS HEREBY ORDERED** that:

1.     The Petition for Writ of Habeas Corpus (Docket No. 1) is **DENIED**; and

2.     This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>Wednesday, September 9, 2009</u>

                                                  *s/ Paul A. Magnuson*
                                                  Paul A. Magnuson
                                                  United States District Court Judge